

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2020

No. 04-20-00267-CV

Joe Jesse **PONCE** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04768
Mary C. Brown, Judge Presiding

# O R D E R

Appellant's brief was originally due on December 30, 2020. On the due date, Appellant filed a motion for a thirty-day extension of time to file the brief. *See* TEX. R. APP. P. 38.6(d).

Appellant's motion is GRANTED. The brief is due on January 29, 2021. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court